FRANK SILVER, Respondent, *v.* PARK-LEX HOLDING CORPORATION et al., Appellants, Impleaded with Others.

*Real property — trust — foreclosure — action to foreclose trust deed of real property given to secure bonds.*

*Silver* v. *Park-Lex Holding Corp.*, 222 App. Div. 40, affirmed.
(Argued April 4, 1928; decided May 1, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1928, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial. The action was to foreclose a trust deed of certain real property given by the owner to secure payment of certain bonds issued by it, it being alleged that there had been a default in payment of principal and interest.

*Joseph A. Seidman, Milton Zuckerman* and *Walter S. Seidman* for appellants.

*Henry C. Burnstine* and *George E. Netter* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ANDREW MCANSH, Respondent, *v.* JULIUS BLAUNER, Appellant.

*Bills, notes and checks — vendor and purchaser — false representations — action to recover on note given as part of purchase price of real property — defense of false representations.*

*McAnsh* v. *Blauner*, 222 App. Div. 381, affirmed.
(Argued April 5, 1928; decided May 1, 1928.)

APPEAL from a judgment, entered January, 21, 1928, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion by plaintiff for summary judgment and granted said motion. The

Prepared by State Reporter from Appeal Papers

action was to recover upon a promissory note executed and delivered as part payment for real property. The answer set up as a separate defense that defendant was induced to purchase the property by false and fraudulent representations.

*Harold R. Medina, William F. McNulty* and *I. Gainsburg* for appellant.

*William J. Cullen* and *William H. Griffin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ROBERT DICKIE, Respondent, *v.* WILLIAM KOBRANSKY et al., Copartners under the Firm Name of KOBRANSKY BROTHERS, Appellants.

*Negligence — motor vehicles — damage to automobile from collision with motor truck.*

*Dickie v. Kobransky,* 222 App. Div. 752, affirmed.

(Argued April 5, 1928; decided May 1, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 8, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damage to plaintiff's automobile arising from a collision with a motor truck belonging to defendants alleged to have been occasioned by the negligence of defendants' servant. Plaintiff was driving his car south on Seventh avenue in the city of New York. There was evidence that a few feet north of Morton street defendants' truck proceeding north on the west side of the street struck plaintiff's car.

*Daniel Mungall* for appellants.

*George J. McDonnell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.